## Case No. 8,444.
### LOCKETT v. HOGE.

[The case reported under above title in 9 N. B. R. 167, is the same as Case No. 8,443.]